UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 18-20118 |
| BARCHESKI, ALEXANDER | Chapter: | 7 |
| | Judge: | CMG |

## NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Christine M. Gravelle</u> on <u>October 30, 2018</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real Estate at: 92 STOKES STREET, FREEHOLD, NJ
The debtor(s) purchased the property in 2003 for $187,000. The property is assessed at $288,648 and valued at $273,195 based on Zillow.

Liens on property:

SLS - $612,422

Amount of equity claimed as exempt:

NONE

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-20118-CMG
Alexander Barcheski                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Oct 01, 2018
                              Form ID: pdf905          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
db             +Alexander Barcheski,    92 Stokes Street,    Freehold, NJ 07728-1630
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company, LLC,    PO Box 62180,
                 Colorado Springs, MO  80962)
cr             +Pinnacle Federal Credit Union,    Michael R. DuPont, Esq.,   229 Broad Street,    P.O. Box 610,
                 Red Bank, NJ 07701-0610
517539867      +Attorney General of the United States,    Department of Justice,
                 Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
517539868      +Bank of New York Mellon Et Al,    MBS Administrative Team,   101 Barclay Street,
                 New York, NY 10286-0001
517539870      +Celtic Bank/Contfinco,   121 Continental Drive,    Suite 1,   Newark, DE 19713-4325
517539875       Dynamic Recovery Solutions,    PO Box 25759,    Greenville, SC 29616-0759
517539876      +Federal Pacific Credit Co,    Po Box 25759,    Greenville, SC 29616-0759
517539877      +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
517539878      +Ford Credit,    Po Box 542000,   Omaha, NE 68154-8000
517539880       Office of Chief Counsel,    Internal Revenue Service,    SB/SE Division Counsel,
                 One Newark Center, Suite 1500,    Newark, NJ 07102-5224
517541803      +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517539881      +Orion Portfolio Services,    c/o Convergent Outsourcing Inc,    800 SW 39th Street,    PO Box 9004,
                 Renton, WA 98057-9004
517539884      +SLS,   8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
517539888      +TBOM/ATLS/Fortiva MC,    5 Concourse Pkwy,   Atlanta, GA 30328-5350
517539889      +TD Bank USA/Target Credit,    PO Box 6732,   Minneapolis, MN 55406-0732
517539890      +Trident Asset Management,    53 Perimeter Center E,    Suite 4,   Atlanta, GA 30346-2294
517539893      +Verizon,   PO Box 25759,   Suite 4,   Greenville, SC 29616-0759
517539892      +Verizon,   53 Perimeter Center,    Suite 4,   Atlanta, GA 30346-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 01:09:48      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 01:09:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517539869       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 01:11:56      Capital One,
                 15000 Capital One Drive,    Henrico, VA 23238
517539871      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 01:09:19      Comenity Bank/Wayfair,
                 PO Box 182789,    Columbus, OH 43218-2789
517539872      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 01:09:20      Comenity CB/HSN,
                 PO Box 182120,    Columbus, OH 43218-2120
517539873      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 02 2018 01:11:29      Credit One Bank NA,
                 PO Box 98875,    Las Vegas, NV 89193-8875
517539874       E-mail/Text: cio.bncmail@irs.gov Oct 02 2018 01:08:54      District Director of the IRS,
                 955 S. Springfield Avenue,    Springfield, NJ 07081
517539882      +E-mail/Text: Bankruptcy@pinnaclefcu.com Oct 02 2018 01:09:09      Pinnacle Fed Credit Union,
                 135 Raritan Center Pkwy,    Edison, NJ 08837-3645
517539883      +E-mail/Text: bkrpt@retrievalmasters.com Oct 02 2018 01:09:38
                 Retrieval-Masters Creditors Bureau,Inc,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
517539885      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:11:21      Syncb/Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
517539886      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:12:27      Syncb/QVC,    Po Box 965018,
                 Orlando, FL 32896-5018
517539887      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:11:53      Syncb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
517539891      +E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 01:09:48      United States Attorney,
                 For Internal Revenue Service),    970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517539879*     +Internal Revenue Service*,    P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin                    Page 2 of 2                    Date Rcvd: Oct 01, 2018
                              Form ID: pdf905                Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
              Bruce C. Truesdale    on behalf of Debtor Alexander   Barcheski brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-6
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Michael R. DuPont    on behalf of Creditor    Pinnacle Federal Credit Union dupont@redbanklaw.com,
               dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-6
               rsolarz@kmllawgroup.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```