UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: __18-20118-CMG__
:
Alexander Barcheski : Chapter: __7__
:
: Judge: __Gravelle__
Debtor(s) :
:

## CERTIFICATION OF NO OBJECTION

I __Alyson M. Guida__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
92 STOKES STREET, FREEHOLD, NJ

JEANNE A. NAUGHTON, Clerk

Date: 10/25/2018          By: Alyson M. Guida

*rev.2/10/17*